**STATE** of Missouri, Respondent,

v.

Patrick **MIDDLEBROOK**, Appellant.

WD 79462

Missouri Court of Appeals,
Western District.

Filed: December 19, 2017

Christian Lehmberg, Columbia, for appellant.

Christine K. Lesicko, Jefferson City, for respondent.

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Alok Ahuja, Judges

### ORDER

Per Curiam

Patrick Middlebrook appeals his conviction for abuse or neglect of a child resulting in death. Upon review of the briefs and the record, we find no error and affirm the judgment of conviction. We have provided the parties with a Memorandum explaining the reasons for our decision, because a

published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b)